# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. HESSELTINE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-CV-00324-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR USM-285 FORMS AS PREMATURE<br><br>(Doc. 9) |

      Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2005, plaintiff filed a request seeking the issuance of USM-285 forms.

      Plaintiff is directed to review paragraph twelve of the First Informational Order, filed April 14, 2005. As set forth in the order, plaintiff's complaint will be served only after a finding is made that it states cognizable claims for relief. Plaintiff will not be provided with summonses and USM-285 forms until service of the complaint is deemed appropriate by the court.

      In this instance, in a separate order issued concurrently with this order, the court found that some, but not all, of the claims set forth in the complaint are cognizable. Plaintiff may either file an amended complaint or agree to proceed only on the claims found to be cognizable by the court. If plaintiff chooses to proceed only on his cognizable claims, the court will at that time provide plaintiff with summonses and USM-285 forms.

///

///

1

Accordingly, plaintiff's request for the issuance of USM-285 forms, filed September 22, 2005, is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   November 17, 2005**              /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE