# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. HESSELTINE, et al.,<br><br>        Defendants. | CASE NO. 1:05-CV-00324-AWI-SMS-P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 8, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Clark, Del Vecchio, and Torres for use of excessive force, and against defendants Hesseltine, Harris, Redding, Corley, Deathradge, and Fisher for interfering with plaintiff's incoming legal mail and for denial of access to the courts.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

            C/O DON CLARK

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended the dismissal without prejudice of all other claims and defendants for failure to state a claim.

1

|   |   |
|---|---|
| 1 | C/O G. DEL VECCHIO |
| 2 | MTA JOHN TORRES |
| 3 | C/O HESSELTINE |
| 4 | LT. T. HARRIS |
| 5 | C/O R. REDDING |
| 6 | CORLEY |
| 7 | C/O B. DEATHRADGE |
| 8 | LT. R. FISHER |

2. The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, nine (9) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 8, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Ten (10) copies of the endorsed complaint filed March 8, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **December 13, 2005**          /s/ Sandra M. Snyder
icido3                                       UNITED STATES MAGISTRATE JUDGE