# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. HESSELTINE, et al.,<br><br>        Defendants. | CASE NO. 1:05-CV-00324-AWI-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 8, 11, and 15) |

_____/

      Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On November 21, 2005 and December 14, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file timely objections to either Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 21, 2005, and December 14, 2005, are adopted in full;

2. Plaintiff's motion for preliminary injunctive relief, filed June 7, 2005, is DENIED;

3. This action shall proceed on plaintiff's complaint filed March 8, 2005, against defendants Clark, Del Vecchio, and Torres for use of excessive force, and against defendants Hesseltine, Harris, Redding, Corley, Deathradge, and Fisher for interfering with plaintiff's incoming legal mail and for denial of access to the courts;

4. The following claims are dismissed, without prejudice, for failure to state a claim upon which relief may be granted:

   a. Plaintiff's claim based on deprivation of property without due process;

   b. Plaintiff's excessive force claim against defendants Cake, Hinshaw, Moncayo, Saunders, Rhodes, Pena, Villalobos, Mayfield, Moore, Palmer, Tripp, Aguilar, Parks, Viruetta, Horton, and Curtis;

   c. Plaintiff's Fifth Amendment <u>Miranda</u> violation claim;

   d. Plaintiff's equal protection claim;

   e. Plaintiff's due process claim stemming from false disciplinary charges and false reports;

   f. Plaintiff's section 1983 claim based on defamation and verbal abuse;

   g. Plaintiff's section 1983 conspiracy claim;

   h. Plaintiff's retaliation claim;

   i. Plaintiff's Fifth Amendment Takings Clause claim;

   j. Plaintiff's First Amendment free exercise claim;

   k. Plaintiff's claim of denial of access to the courts claim stemming from issues with the inmate appeals process;

   l. Plaintiff's RICO claim; and

   m. Plaintiff's state law defamation claim; and

///

5. Defendants Woodford, Yates, Rhodes, Pena, Mayfield, Tripp, Viruetta, Parks, Aguilar, Moncayo, Saunders, Villalobos, Horton, Cake, Hinshaw, Curtis, Moore, Palmer, Shannon, Meadors, Dulay, and Gutierrez are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

Dated: **February 14, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE

3