IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SAGI MUKATIN,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**R. HESSELTINE, et al.,**<br><br>                              Defendants. | 1:05-CV-00324-AWI-SMS-P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br>**(Document #37)** |

On May 1, 2006, defendants Clark, Corley, Fisher, Harris, Hesseltine, Redding, Torres, and Del Vecchio ("defendants") filed a motion for an extension of time to file a responsive pleading.[1]  Good cause having been presented to the court, and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that defendants are granted **thirty (30) days** from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   May 24, 2006**                               /s/ Sandra M. Snyder
i0d3h8                                                            UNITED STATES MAGISTRATE JUDGE

---

1. Service is still in process for defendant Deathradge.

1