# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HESSELTINE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-CV-00324-AWI-SMS-P<br><br>ORDER DIRECTING DEFENDANT DEATHRIAGE TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAYS OR DEFAULT WILL BE ENTERED<br><br>(Doc. 43) |

Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed March 8, 2005, against defendants Clark, Del Vecchio, and Torres for use of excessive force, and against defendants Hesseltine, Harris, Redding, Corley, Deathriadge,[1] and Fisher for interfering with plaintiff's incoming legal mail and for denial of access to the courts

Defendant Deathriage waived service of the summons and was required to file a response to plaintiff's complaint on or before July 10, 2006. (Doc. 43.) To date, defendant Deathriage has not responded to the complaint.[2]

///
///
///

---

[1] Identified as Deathradge in ths complaint.

[2] Defendants Clark, Del Vecchio, Torres, Hesseltine, Harris, Redding, Corley, and Fisher filed a motion to dismiss on June 26, 2006, but defendant Deathriage is not a party to that motion. (Doc. 44.)

1

1    Defendant Deathriage shall respond to the amended complaint within twenty days from the
2 date of service of this order. Defendant Deathriage is warned that the failure to file a response within
3 twenty days will result in the entry of default.

IT IS SO ORDERED.

**Dated:    August 1, 2006**             /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE