# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>           Plaintiff,<br><br>    v.<br><br>R. HESSELTINE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:05-cv-00324-AWI-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A SUPPLEMENTAL MOTION TO DISMISS, NUNC PRO TUNC TO JANUARY 19, 2007<br><br>(Doc. 53)<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION WITHIN THIRTY DAYS OR DISMISSAL WILL RESULT |

Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed March 8, 2005, against defendants Clark, Del Vecchio, and Torres ("defendants") for use of excessive force.

On December 13, 2006, the Court granted defendants thirty days within which to file a supplemental motion to dismiss. On January 19, 2007, defendants filed a supplemental motion to dismiss along with a motion for leave to file the motion to dismiss in excess of time. Good cause having been shown, defendants' motion for an extension of time shall be granted.

More than twenty-one days have passed since defendants filed their motion to dismiss and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m). Plaintiff is required to respond to the motion within thirty days or the remaining claim in this action

///

will be dismissed, with prejudice, based on plaintiff's failure to obey a court order and failure to prosecute.

Based on the foregoing, is it HEREBY ORDERED that:

1. Defendants' motion for an extension of time is GRANTED nunc pro tunc to January 19, 2007;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion to dismiss; and

3. If plaintiff fails to file an opposition or a statement of non-opposition in compliance with this order, the remaining claim in this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:    March 7, 2007**              /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE