# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>           Plaintiff,<br><br>     v.<br><br>R. HESSELTINE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:05-cv-00324-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 56) |

On March 30, 2007, plaintiff filed a motion seeking an extension of time to file an opposition to defendants' motion to dismiss. Good cause having been shown, plaintiff's motion is HEREBY GRANTED, and plaintiff shall an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   April 17, 2007                       /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE