# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN, | CASE NO. 1:05-cv-00324-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION |
| v. | |
| R. HESSELTINE, et al., | (Doc. 61) |
| Defendants. | |

On July 6, 2007, plaintiff filed a motion seeking an extension of time to file an objection to the recommendation that defendants' motion to dismiss be granted.  Plaintiff's motion is HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date of service of this order to file an objection.

IT IS SO ORDERED.

**Dated:   July 27, 2007**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

1