# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGI MUKATIN,<br><br>          Plaintiff,<br><br>     v.<br><br>R. HESSELTINE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-cv-00324-AWI-SMS PC<br><br>ORDER STRIKING DECLARATION BY NON-PARTY<br><br>(Doc. 63) |

Plaintiff Sagi Mukatin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2007, non-party Larry E. Belton, Sr. filed a declaration regarding alleged abuse at the prison and a request that the case files in this action be reviewed. Absent certain circumstances not present here, an individual may not file documents in a case in which he or she is a non-party, and there are no pending motions filed by plaintiff for which a declaration by a non-party could be construed as supporting evidence. Accordingly, the declaration is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   September 10, 2007**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1