1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9

10 SAGI MUKATIN,                    1:05-cv-0324-AWI-SMS PC

11            Plaintiff,            ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATIONS AND GRANTING
12 vs.                             MOTION TO DISMISS (Doc. 52)

13 R. HESSELTINE, et al.,           ORDER DISMISSING ACTION,
                                    WITHOUT PREJaUDICE, FOR
14            Defendants.           FAILURE TO EXHAUST
   _____/

15

16        Plaintiff Sagi Mukatin ("Plaintiff"), a state prisoner

17 proceeding pro se and in forma pauperis, has filed this civil

18 rights action seeking relief under 42 U.S.C. § 1983.  The matter

19 was referred to a United States Magistrate Judge pursuant to 28

20 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21        On June 12, 2007, the Magistrate Judge filed a Findings

22 and Recommendation that recommended Defendants' motion to dismiss

23 be granted.   The Findings and Recommendation was served on all

24 parties and contained notice that any objection to the Findings

25 and Recommendation was to be filed within thirty days.   Pursuant

26 to Plaintiff's request, on July 30, 2007, the Magistrate Judge

27 gave Plaintiff thirty more days within which to object.   No

28 objections have been filed.

1

         In accordance with the provisions of 28 U.S.C. §
636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
novo</u> review of this case.  Having carefully reviewed the entire
file, the Court finds the Findings and Recommendations to be
supported by the record and by proper analysis.

         Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed June 12, 2007,
       is ADOPTED IN FULL;

2.    Defendants' motion is GRANTED; and

3.    This action is DISMISSED, without prejudice, based on
       Plaintiff's failure to comply with 42 U.S.C. § 1997e(a)
       by exhausting his claim prior to filing suit.

IT IS SO ORDERED.

**Dated:    September 21, 2007          /s/ Anthony W. Ishii**
                                UNITED STATES DISTRICT JUDGE